# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Jacob Garner | **Repayment Agreement and Order** | No: 5:22-CR-00014-002 |

On February 9, 2023, Jacob Garner was sentenced to 24 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Garner. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.     As a result of the judgment entered against me on February 9, 2023, I have been ordered to pay a total restitution of $22,152.00 and a special assessment of $100.00.

2.     On June 3, 2024, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on October 31, 2013. The current balance of my restitution is $22,152.00.

3.     After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 3rd day of August, 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $35.00 per month during the term of supervision.

x _____     x _____
Jacob Garner                                              Date

_____     _____
Todd L. Smith, USPO, Firearms Specialist         Date

_____     _____
Assistant U.S. Attorney                    06/11/2024     Date

**THE COURT ORDERS:**

☒ Approval     ☐ Disapproval

_____
Marc T. Treadwell
U.S. District Judge

_____
Date